IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE YANEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-CV-1796-K |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Commissioner of the Social | § | |
| Security Administration, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff filed Objections on September 3, 2013. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

Accordingly, the Commissioner's decision denying Plaintiff's application is **AFFIRMED** and Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED.

Signed September 5th, 2013.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE